IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HANSRAJ JATHANNA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-12-1047 |
| | § | |
| SPRING BRANCH INDEPENDENT SCHOOL DISTRICT, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

This action is dismissed, without prejudice, at the plaintiff's request.

SIGNED on April 2, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge